THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| In the Matter of the Dependency of: I.L.C. (d.o.b. 6/19/2015), a minor child,<br><br>JENNIFER NESS,<br><br>          Appellant,<br><br>      v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIEIS,<br><br>          Respondent. | No. 81882-1-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM – In this dependency case, the respondent, Department of Children, Youth and Families, concedes that substantial evidence does not support the conclusion that the child is dependent. The parties to this appeal have filed a joint motion to reverse the order of dependency and remand to the superior court with instructions to dismiss the dependency petition. We accept the Department's concession. Accordingly, we reverse the order of dependency and remand for further proceedings.

Reversed and remanded.

FOR THE COURT:

_Cohen, J._____

_Brennan, J_____

_Chun, J._____